# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1928
Lower Tribunal No. 20-21380
_____

**Ivan Kapitanov, et al.,**
Appellants,

vs.

**Vasile Silviu Vranau, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Sunrise Law Firm, PLLC, and Anna V. Perekotiy, for appellants.

Cole, Scott & Kissane, P.A., Therese A. Savona and Alexandra Valdes (Orlando), for appellees.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. Young v. Achenbauch, 136 So. 3d 575, 581 (Fla. 2014) ("The standard of review for orders entered on motions to disqualify counsel is that of an abuse of discretion. While the trial court's discretion is limited by the applicable legal principles, the appellate court will not substitute its judgment for the trial court's express or implied findings of fact which are supported by competent substantial evidence." (quoting Applied Digit. Sols., Inc. v. Vasa, 941 So. 2d 404, 408 (Fla. 4th DCA 2006))).